# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| Tracy Scola, | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| City of North Myrtle Beach, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, that this action is being removed from the Circuit Court for Horry County, South Carolina (15th Judicial Circuit) to this court.  Removal is proper on the following grounds:

1. On April 29, 2021, Plaintiff initiated a lawsuit against Defendant.  On May 17, 2021, Plaintiff served upon Defendant City of North Myrtle Beach the Summons and Complaint. This action was brought against the Defendant in the Court of Common Pleas for the Fifteenth Judicial Circuit, Horry County, State of South Carolina, with the following caption and case number:  Tracy Scola vs. City of North Myrtle Beach; C. A. No. 2021-CP-26-02767.

2. The Complaint asserts federal questions over which this court has original jurisdiction under 28 U.S.C. § 1331 and the action is one which may be removed to this court by the Defendant pursuant to 28 U.S.C. §§ 1441 and 1446.  This action is removable because the Complaint alleges claims under the federal law commonly referred to as Title VII of the Civil

Rights Act of 1964, as amended (42 U.S.C. § 2000e, *et seq.*) and the federal Age Discrimination in Employment Act [29 U.S.C. § 621, *et seq.*].

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the service of the Complaint on Defendant. Defendant will file and serve an Answer or other responsive pleadings as provided by law.

4. Written notice will be promptly served on the Plaintiff in this action upon the filing of the Notice of Removal with this court.

5. A true and correct copy of the Notice of Removal will be filed with the Clerk of Court for the Court of Common Pleas for Horry County, South Carolina, as provided under 28 U.S.C. § 1446(d).

s/Michael D. Malone_____
Michael D. Malone (FID # 6709)
Charles F. Thompson, Jr. (FID # 5969)
Lake E. Summers (FID # 7687)
**Malone, Thompson, Summers & Ott  L.L.C.**
339 Heyward Street, Suite 200
Columbia, SC  29201
Telephone:  (803) 254-3300
Facsimile:  (803) 254-0309
malone@mtsolawfirm.com

**ATTORNEYS FOR DEFENDANT
CITY OF NORTH MYRTLE BEACH**

Columbia, SC
June 15, 2021

# CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served a copy of the **DEFENDANT'S NOTICE OF REMOVAL** upon counsel for Plaintiff by United States Mail, first class postage prepaid, addressed to:

> **Pamela R. Mullis, Esquire**
> **Mullis Law Firm**
> **Post Office Box 7757**
> **Columbia, SC  29202**

and electronically to:

> **prmullis@mullislawfirm.com**

<br>

                                       <u>s/Michael D. Malone</u>
                                       Michael D. Malone

June 15, 2021